**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

Richard A. Rennie

Case No. 07-56771
Judge: C. Kathryn Preston
Chapter: 7

Debtor(s)            /

**MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of Movant's knowledge, a check in the amount of $971.15 was issued to PNC Bank, National Association (name of original creditor/claimant).

2. To the best of Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:

   PNC Bank, National Association
   Attn: David L. Zive
   1600 Market Street, 28th Floor
   Philadelphia, PA 19103
   215-585-6351
   22-1146430

4. The Movant did not receive the check or did not negotiate the check for the following reason(s):

The original dividend check was sent to a National City at 6750 Miller Road, Brecksville, OH 44141. That address is no longer valid. The current address is listed above. The change in mailing address may have prevented delivery of the original dividend check. Furthermore National City Bank merged into PNC Bank, National Association.

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to PNC Bank, National Association and mail said check to the following address:, Attn: David L. Zive, 1600 Market Street, 28th Floor, Philadelphia, PA 19103.

Respectfully Submitted:

Dated: 07/01/2014

/s/Lawrence Reynolds
Senior Vice President
PNC Bank, National Association
1600 Market Street, 28th Floor
Philadelphia, PA 19103

**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

Richard A. Rennie

Debtor(s) /

Case No. 07-56771

## CERTIFICATE OF SERVICE OF APPLICATION

I hereby certify that a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following by ordinary U.S. or Electronic Mail on <u>07/01/2014</u>

U.S. Attorney's Office
Southern District of Ohio
303 Marconi Boulevard – Suite 200
Columbus, OH 43215

Office of the US Trustee
170 N. High Street, Suite 200
Columbus, OH 43215

Richard A. Rennie
Debtor
80 Doe Street
Plain City, OH 43064

J Steven Martin
Debtors Attorney
560 E Town St
Columbus, OH 43215

Susan L Rhiel
Trustee
394 E. Town Street
Columbus, OH 43215

Dated: 07/01/2014

<u>/s/Lawrence Reynolds</u>

Senior Vice President

PNC Bank, National Association

1600 Market Street, 28th Floor

Philadelphia, PA 19103

**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

Richard A. Rennie

Debtor(s)                              /

Case No. 07-56771
Judge: C. Kathryn Preston
Chapter: 7

**NOTICE OF MOTION**

PNC Bank, National Association has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular US Mail to the bankruptcy court clerk's office OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to

U.S. Attorney's Office
Southern District of Ohio
303 Marconi Boulevard – Suite 200
Columbus, OH 43215

Office of the US Trustee
170 N. High Street, Suite 200
Columbus, OH 43215

Richard A. Rennie
Debtor
80 Doe Street
Plain City, OH 43064

J Steven Martin
Debtors Attorney
560 E Town St
Columbus, OH 43215

Susan L Rhiel
Trustee
394 E. Town Street
Columbus, OH 43215

PNC Bank, National Association
Attn: David L. Zive
1600 Market Street, 28th Floor
Philadelphia, PA 19103

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

Dated: 07/01/2014

/s/Lawrence Reynolds
Senior Vice President
PNC Bank, National Association
1600 Market Street, 28th Floor
Philadelphia, PA 19103