**United States Bankruptcy Court for the**
**Southern District of Ohio, Eastern Division**
**Columbus Divisional Office**

IN RE:

    Mark L. McNeely

           Debtor(s)       /

Case No. 04-50838
Judge: John E. Hoffman Jr.
Chapter: 7

**MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of Movant's knowledge, a check in the amount of $1,032.26 was issued to PNC Bank, National Association (name of original creditor/claimant).

2. To the best of Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:

   PNC Bank, National Association
   Attn: David L. Zive
   1600 Market Street, 28th Floor
   Philadelphia, PA 19103
   215-585-6351
   22-1146430

4. The Movant did not receive the check or did not negotiate the check for the following reason(s):

Information Leasing Corporation merged with and into National City Commercial Capital Corporation as evidenced by exhibit A. National City Commercial Capital Corporation changed its name to National City Commercial Capital Corporation LLC as evidenced by exhibit B. National City Commercial Capital Corporation LLC changed its name to PNCEF LLC as evidenced by exhibit C. PNCEF LLC is wholly owned by PNC Bank, National Association as evidenced by exhibit D.

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to PNC Bank, National Association and mail said check to the following address:, Attn: David L. Zive, 1600 Market Street, 28th Floor, Philadelphia, PA 19103.

Dated: 6/30/2014

Respectfully Submitted:

/s/Lawrence Reynolds
Senior Vice President
PNC Bank, National Association
1600 Market Street, 28th Floor
Philadelphia, PA 19103

**United States Bankruptcy Court for the
Southern District of Ohio, Eastern Division
Columbus Divisional Office**

IN RE:

Case No. 04-50838

Mark L. McNeely

_____ Debtor(s) _____ /

## CERTIFICATE OF SERVICE OF APPLICATION

I hereby certify that a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following by ordinary U.S. or Electronic Mail on 6/30/2014.

U.S. Attorney's Office
Southern District of Ohio
303 Marconi Boulevard – Suite 200
Columbus, OH 43215

Office of the US Trustee
170 N. High Street, Suite 200
Columbus, OH 43215

Mark L. McNeely
Debtor
24 Overbrook Drive
Bridgeport, OH 43912

D William Davis
Debtors Attorney
janelledlo@comcast.net

Thomas Hazlett
Trustee
jennifer@hazlettlawoffice.com

Dated: 6/30/2014

/s/Lawrence Reynolds
Senior Vice President
PNC Bank, National Association
1600 Market Street, 28th Floor
Philadelphia, PA 19103

**United States Bankruptcy Court for the**
**Southern District of Ohio, Eastern Division**
**Columbus Divisional Office**

IN RE:

    Mark L. McNeely

              Debtor(s)       /

Case No. 04-50838
Judge: John E. Hoffman Jr.
Chapter: 7

## NOTICE OF MOTION

PNC Bank, National Association has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular US Mail to the bankruptcy court clerk's office OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to

U.S. Attorney's Office
Southern District of Ohio
303 Marconi Boulevard – Suite 200
Columbus, OH 43215

Office of the US Trustee
170 N. High Street, Suite 200
Columbus, OH 43215

Mark L. McNeely
Debtor
24 Overbrook Drive
Bridgeport, OH 43912

D William Davis
Debtors Attorney
janelledlo@comcast.net

Thomas Hazlett
Trustee
jennifer@hazlettlawoffice.com

PNC Bank, National Association
Attn: David L. Zive
1600 Market Street, 28th Floor
Philadelphia, PA 19103

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

Dated: 6/30/2014

                                       /s/Lawrence Reynolds
                                       Senior Vice President
                                       PNC Bank, National Association
                                       1600 Market Street, 28th Floor
                                       Philadelphia, PA 19103