**United States Bankruptcy Court for the
Southern District of Ohio, Western Division
Dayton Divisional Office**

IN RE:

Kenneth L. & Belinda K. McCally

Debtor(s)

Case No. 12-33401
Judge: Guy R Humphrey
Chapter: 13

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Under penalty of perjury, the Movant declares that the following statements and information are true and correct.

1. To the best of Movant's knowledge, a check in the amount of $5,022.52 was issued to PNC Bank, National Association (name of original creditor/claimant).

2. To the best of Movant's knowledge, the funds were tendered by the case trustee to the Bankruptcy Clerk and then to the United States Treasury.

3. The Movant's current address, phone number and social security number (last 4 digits only of social security number or complete EIN) are as follows:

    PNC Bank, National Association
    Attn: David L. Zive
    1600 Market Street, 28th Floor
    Philadelphia, PA 19103
    215-585-6351
    22-1146430

4. The Movant did not receive the check or did not negotiate the check for the following reason(s):

The original dividend check was sent to a PNC Mortgage a division of PNC Bank, NA at 3232 Newmark Dr., Miamisburg, OH 45342. That address is no longer valid. The current address is listed above. The change in mailing address may have prevented delivery of the original dividend check.

5. Movant represents that he/she is the owner of the funds, or is a legal representative of the owner, and is entitled to receive the funds. (If the movant is other than the owner of the funds, additional requirements pursuant to Local Bankruptcy Rule 3011-1(d) may apply to establish the right of payment of the unclaimed funds.)

6. Movant understands that pursuant to 18 U.S.C. § 152, a fine or imprisonment or both may be imposed if he/she knowingly or fraudulently made any false statements in this document.

7. Wherefore, Movant requests an order directing the Clerk to pay the funds to PNC Bank, National Association and mail said check to the following address:, Attn: David L. Zive, 1600 Market Street, 28th Floor, Philadelphia, PA 19103.

Respectfully Submitted:

Dated: 6/30/2014

/s/Lawrence Reynolds
Senior Vice President
PNC Bank, National Association
1600 Market Street, 28th Floor
Philadelphia, PA 19103

**United States Bankruptcy Court for the
Southern District of Ohio, Western Division
Dayton Divisional Office**

IN RE:

Kenneth L. & Belinda K. McCally

Case No. 12-33401

_____Debtor(s)_____ /

## CERTIFICATE OF SERVICE OF APPLICATION

I hereby certify that a copy of the foregoing Motion for Payment of Unclaimed Funds was served on the following by ordinary U.S. or Electronic Mail on 6/30/2014

U.S. Attorney's Office
Southern District of Ohio
303 Marconi Boulevard – Suite 200
Columbus, OH 43215

Office of the US Trustee
170 North High Street, Suite 200
Columbus, Ohio 43215

Kenneth L. & Belinda K. McCally
Debtor
6940 Jamaica Road
Miamisburg, OH 45342

Harold W Wampler
Debtors Attorney
1343 Woodman Drive
Dayton, OH 45432

Jeffrey M Kellner
Trustee
131 N Ludlow St Suite 900
Dayton, OH 45402

Dated: 6/30/2014

/s/Lawrence Reynolds

Senior Vice President

PNC Bank, National Association

1600 Market Street, 28th Floor

Philadelphia, PA 19103

**United States Bankruptcy Court for the
Southern District of Ohio, Western Division
Dayton Divisional Office**

IN RE:

Kenneth L. & Belinda K. McCally

Case No. 12-33401
Judge: Guy R Humphrey
Chapter: 13

_____Debtor(s)_____  /

## NOTICE OF MOTION

PNC Bank, National Association has filed a Motion for Payment of Unclaimed Funds with the court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in the motion/objection, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection**, you must file with the court a response explaining your position by mailing your response by regular US Mail to the bankruptcy court clerk's office OR your attorney must file a response using the court's ECF system.

The court must **receive** your response on or before the above date. You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to

U.S. Attorney's Office
Southern District of Ohio
303 Marconi Boulevard – Suite 200
Columbus, OH 43215

Office of the US Trustee
170 North High Street, Suite 200
Columbus, Ohio 43215

Kenneth L. & Belinda K. McCally
Debtor
6940 Jamaica Road
Miamisburg, OH 45342

Harold W Wampler
Debtors Attorney
1343 Woodman Drive
Dayton, OH 45432

Jeffrey M Kellner
Trustee
131 N Ludlow St Suite 900
Dayton, OH 45402

PNC Bank, National Association
Attn: David L. Zive
1600 Market Street, 28th Floor
Philadelphia, PA 19103

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

Dated: 6/30/2014

/s/Lawrence Reynolds
Senior Vice President
PNC Bank, National Association
1600 Market Street, 28th Floor
Philadelphia, PA 19103